UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Jacqueline P. Cox

Hearing Date: June 24, 2009

Bankruptcy Case No.: 07 B 11932

Adversary No.:

Title of Case: In re Century Contractors, Inc.

Brief Statement of Motion: Objection of Landmark National II, Corp. to the Adequacy of the Second Amended Disclosure Statement and to Confirmation of the Second Amended Plan of Reorganization Dated May 7, 2009

Names and Addresses of moving counsel: Gini S. Marziani, Juris Kins and Christine Polk Mohr - Davis McGrath LLC
125 South Wacker Drive; Suite 1700; Chicago, IL 60606

Representing: Landmark National II, Corp.

## ORDER

Debtor's response to the Objection due July 23, 2009.

Landmark's reply in support of its Objection due 14 days thereafter or on August 11, 2009

Hearing is set for August 18, 2009 at 11am in courtroom 619 of the Dirksen Federal Building.

06 A 203 Adversary is also continued to August 18, 2009 at 11am for final status.

J.P. Cox

6/11/99