## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CENTURY CONTRACTORS, INC., | ) | 07 B  B 11932 |
| | ) | Chapter 11 |
| Debtor. | ) | Judge Jacqueline P. Cox |

ORDER CONDITIONALLY APPROVING SIXTH AMENDED DISCLOSURE STATE-
MENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, FOR
FILING OBJECTIONS TO THE SIXTH AMENDED DISCLOSURE STATEMENT AND
FOR FILING OBJECTIONS TO CONFIRMATION OF DEBTOR'S SIXTH AMENDED
PLAN, AND FIXING DATES FOR HEARING ON FINAL APPROVAL OF SIXTH
AMENDED DISCLOSURE STATEMENT IF A TIMELY OBJECTION IS FILED AND
FOR CONFIRMATION HEARING, COMBINED WITH NOTICE THEREOF

A Sixth Amended Disclosure Statement having been filed by Century Contractors, Inc
on January 27, 2010 referring to a Sixth Amended Plan of Reorganization Dated January 27,
2010 filed by Debtor on said date; and

It having been conditionally determined that the Sixth Amended Disclosure Statement
contains adequate information;

IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

1. The Sixth Amended Disclosure Statement Dated January 27, 2010 filed by Century
Contractors, Inc. is hereby conditionally approved.

2. _MARCH 2_____, 2010 is fixed as the last day for filing written acceptances
or rejections of the Sixth Amended Plan referred to above.

3. Within _7_ days after the entry of this order, the Sixth Amended Plan, Sixth
Amended Disclosure Statement, and a ballot conforming to Official Form 14 shall be mailed
to the creditors, equity security holders, and other parties in interest, and shall be transmitted
to the United States Trustee, as provided in Rules 3017(d) and 3017.1 of the Federal Rules of
Bankruptcy Procedure.

4. _MARCH 2_____, 2010 is fixed as the last day for filing and serving written
objections to confirmation of the plan or adequacy of the disclosure statement pursuant to
Federal Rule of Bankruptcy Procedure 3020(b)(1).

5.  This matter is set for hearing on confirmation of Debtor's Sixth Amended Plan of Reorganization and final approval of Sixth Amended Disclosure Statement on *MARCH 9* 2010 at *11:00* a.m. in courtroom 619.

Dated:  February 2, 2010

ENTER:

*Jacqueline P. Cox*

*J. Cox*

_____
Jacqueline P. Cox, Bankruptcy Judge

MARTIN J. WEISENBURGER
A.R.D.C. #2970783
8630 Wheeler Drive
Orland Park, IL 60462
(708) 403-4470