UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                              )
    CENTURY CONTRACTORS, INC.          )       Case No.
                                                    )       07-11932

### ORDER COMBINED WITH NOTICE OF CONFIRMATION

*Counsel for the proponent of the Plan is directed to serve this Order Combined with Notice of Confirmation as provided in Fed. R. Bankr. Pro. 3020(c), and on the United States Trustee, and to file proof of service with the Clerk:*

An order confirming the __SIXTH AMENDED__ Plan of Reorganization was entered on __September 8, 2010__, in the above-captioned Chapter 11 bankruptcy case.

The proponent of the Plan is directed to file by __DECEMBER 15, 2010__ a written report of the status of initial payments required and made, separately stated for each class treated under the Plan.

A hearing to consider the status report and possible entry of final decree or order closing the case is set on __DECEMBER 15, 2010__, at __10:30 AM__ in Courtroom __619__, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois.

A party-in-interest who wishes to receive a copy of the status report shall notify the Plan proponent, who shall provide a copy if requested.

SECURED CREDITORS WILL BE PAID 33 1/3 % OF THEIR ALLOWED CLAIM ON OR BEFORE MAY 9, 2011, MAY 9, 2012, AND 33 1/3 % MAY 9, 2013. UNSECURED CREDITORS WILL BE PAID 20% OF THEIR ALLOWED CLAIM ON OR BEFORE MAY 9, 2011, 20% MAY 9, 2012, 20% MAY 9, 2013, 20% MAY 9, 2014, AND 30% MAY 9, 2015.

ENTER:

J. Cox (9-8-10)
Jacqueline P. Cox
Judge

Dated: _____

11postconfstatus          ilnb: October 1, 1999