UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CENTURY CONTRACTORS, INC., ) | 07 B 11932 |
| ) | Chapter 11 |
| Debtor. ) | Judge Jacqueline P. Cox |

## MOTION FOR ENTRY OF A FINAL DECREE

NOW COMES the Debtor, CENTURY CONTRACTORS, INC., by its attorney, MARTIN J. WEISENBURGER, and moves this Court for entry of a Final Decree and in support thereof states as follows:

1. On July 4, 2007 Debtor filed its Voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code.

2. On September 8, 2010 this court entered an order confirming Debtor's Chapter 11 Plan.

3. On May 19, 2011 Debtor's attorney orally moved to close the case and this Court ordered a Final Decree to follow.

WHEREFORE, Debtor prays this Court enter a Final Decree and to close this case.

Respectfully submitted,

/s/ Martin J. Weisenburger
Attorney for Debtor

MARTIN J. WEISENBURGER
ARDC NO. 2970783
8630 Wheeler Drive
Orland Park, IL 60462
(708) 403-4470