UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                )
                                      )
    CENTURY CONTRACTORS, INC.,        )     No. 07 B 11932
                                      )
                                      )     Chapter 11
                       Debtor.    )     Hon. Jacqueline P. Cox

NOTICE OF FILING

TO:    See attached Service List

    PLEASE TAKE NOTICE that on June 23, 2011 at 10:00 a.m. the undersigned shall appear before the Hon. Jacqueline P. Cox in Courtroom 619, Dirksen Federal Building, 219 South Dearborn St., Chicago, Illinois, and then and there present the attached Objection of Landmark National II, Corp. to Debtor's Motion for Entry of Final Decree, at which time you may appear if you so choose.

                                              Respectfully submitted,

                                              /s/ Gini S. Marziani
                                                   Attorney for
                                            Landmark National II, Corp.

Gini S. Marziani
Juris Kins
Davis McGrath, LLC
125 S. Wacker Drive
Suite 1700
Chicago, IL 60606
(312) 332-3033

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| CENTURY CONTRACTORS, INC. ) | No.: 07 B 11932 |
| ) | |
| ) | Chapter 11 |
| ) | Hon. Jacqueline P. Cox |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

To: See attached Service List

Gini S. Marziani, an attorney of record for Plaintiff, certifies that Plaintiff's Objection of Landmark National II, Corp. to Debtor's Motion for Entry of Final Decree was filed on June 21, 2011 and served on the foregoing in the manner set forth on the Service List attached hereto.

[ ] via hand delivery              [X]   via depositing said document(s) in the U.S. Mail at 125 S. Wacker Dr. Chicago, Illinois postage prepaid as indicated

[ ] via facsimile transmission     [ ]   via overnight mail


[X] via electronic mail as indicated

_____
One of Landmark National II, Corp.'s Attorneys

Gini S. Marziani
DAVIS McGRATH LLC
125 S. Wacker Dr., Ste. 1700
Chicago, Illinois 60606
(312) 332-3033
Attorney No. 28695

Landmark National II Corp. v. Century Contractors
In re: Century Contractors, Inc.

**Notice will be forwarded via U.S. Mail a copy in a prepaid postage properly addressed envelope from 125 S. Wacker Drive, Chicago, Illinois 60606 to:**

Century Contractors Inc.          Martin J. Weisenburger
P.O. Box 555                      8630 Wheeler Drive
Chicago, Illinois 60638           Orland Park, Illinois 60462

**Notice will be electronically mailed via ECM System to:**

Kori M. Bazanos on behalf of Creditor Ability Rockroad Co.
kori@bazanoslaw.com

Abraham Brustein on behalf of Creditor National Salt Supply, Inc.
abrustein@dimonteanddlizak.com

William J. Connelly on behalf of Other Prof. Northeast Illinois Regional Commuter Railroad Corporation d/b/a Metra
wconnelly@hinshaw.com

Ira P. Goldberg on behalf of Creditor National Salt Supply, Inc.
igoldberg@dimontelaw.com, dbecker@dimontelaw.com

Lawrence C. Jaynes on behalf of 3rd Pty. Defendant MIDWEST MASONRY, INC.
lawjaynes@yahoo.com

William T. Neary
USTPRegion11.ES.ECF@usdoj.gov

Jennifer A. Nielsen on behalf of Creditor Ellison Bronze, Inc.
Jnielsen@lymannielsen.com

Richard T. Niemerg on behalf of Creditor Ability Rockroad Co.
rniemerg@rolaw.com

Raymond J. Ostler on behalf of Creditor Lorig Construction Company
rostler@gsgolaw.com

Christopher H. Purcell on behalf of Creditor Ford Motor Credit Company LLC
shermanlaw13@aol.com

Jeffrey A. Ronspies on behalf of Creditor Ellison Bronze, Inc.
jronspies@lymannielsen.com

Joel A. Schechter on behalf of Stockholder Anna Proce
joelschechter@covad.net

John E. Sebastian on behalf of Other Prof. Northeast Illinois Regional Commuter Railroad Corporation d/b/a Metra
jsebastian@hinshawlaw.com, sedelmaier@hinshawlaw.com

Pia N. Thompson on behalf of Creditor Commonwealth Edison
pthompson@reedsmith.com;
cwilson@reedsmith.com, mleib@reedsmith.com, smckessy@reedsmith.com, kpreuss@reedsmith.com,

Martin J. Weisenburger on behalf of Debtor Century Contractors, Inc.
martt1@softhome.net

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| CENTURY CONTRACTORS, INC., | ) | No. 07 B 11932 |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | Hon. Jacqueline P. Cox |

OBJECTION OF LANDMARK NATIONAL II, CORP.
TO DEBTOR'S MOTION FOR ENTRY OF FINAL DECREE

Landmark National II, Corp. ("Landmark"), by its attorneys, Gini S. Marziani and Juris Kins, Davis McGrath LLC, object to the Motion for Entry of a Final Decree filed by Debtor Century Contractors. Inc. because of Debtor's repeated defaults under the Settlement Agreement and noncompliance with the Court's orders which required Landmark to file motions with the Court seeking relief. If a final decree is entered Landmark access to the Court will be made more difficult in the event of future defaults by Debtor.

In further support Landmark states as follows:

1. Landmark filed two secured claims for $284,704.62 (No.33) and $50,405.84 (No. 34) on May 7, 2008.

2. In a compromise and settlement, the Debtor agreed to pay Landmark $340,000.00 in installments starting on September 30, 2009, with the last payment on September 1, 2012. The Court approved the compromise and settlement on September 30, 2009, and entered the order (Doc. No. 370 )("September 30 Order").

4

3. The Court retained "jurisdiction over any disputes arising from or in connection with and any matters regarding the enforcement of this order." (September 30 Order, ¶ E)

4. Debtor failed to make the payments required by the September 30 Order. Consequently, on November 22, 2010, Landmark filed its Motion to Compel Debtor to Comply with Court's Order of September 30, 2009 and for Sanctions (Doc. 581)("Motion to Compel"). The basis for the Motion to Compel was the Debtor's default in the sum of $52,000 in payments due Landmark under the Compromise and Settlement approved by the Court on September 30, 2009.

5. On December 15, 2010, the Court ordered Debtor to become current on all payments due Landmark on or before January 26, 2011 (Doc. 589)("December 15 Order").

6. Debtor has failed to comply with the December 15 Order and has continued non-compliance with the September 30 Order. As a consequence Landmark filed a Motion for Sanctions on February 11, 2011 (Doc. 594). The motion was granted on March 14, 2011 (Doc. 610). Debtor was ordered to make future payments due under the September 30 Order by overnight mail so Landmark received them on or before the first day of the month, and Landmark was awarded attorney's fees incurred in seeking collection of payments and filing the several motions. An order was entered on April 18, 2011, awarding Landmark $7,500.00 in attorney's fees and stated that Landmark shall be entitled to seek any additional attorney's fees it incurs after April 18, 2011, in enforcing the September 30 Order and April 18 Order (Doc 621). The Debtor has never complied

5

with this Court's orders and as of the date of filing this Objection, the Debtor is still in default with its payment for June, 2011.

7. Given this history Landmark has reason to be concerned that Debtor will not comply with the Settlement Agreement and this Court's orders and that Landmark will again have to seek relief from the Court in the future.  Landmark's access to the Court will be made more difficult if the Final Decree is entered.  It is Landmark's understanding that if the Final Decree is entered Landmark will have to petition to reopen the case and pay a filing fee in order to seek further relief.  This prejudices Landmark's rights.

 WHEREFORE, Landmark requests the Court to

A. Deny the Motion for Entry of a Final Decree; or in the alternative

B. Enter an order that the September 30, 2009 Order is vacated to the extent it requires Landmark to accept further payments and allow Landmark the right to enforce its judgment outside the bankruptcy court in the event of a default by Debtor on installment payments due under the September 30, 2009 Order; and

C. Grant such other and further relief as the Court deems just.

 Respectfully submitted,

 /s/  Gini S. Marziani
  Attorney for
 Landmark National II, Corp.

Gini S. Marziani
Juris Kins
Davis McGrath, LLC
125 S. Wacker Drive, Suite 1700
Chicago, IL 60606
(312) 332-3033