UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Jacqueline P. Cox

Hearing Date: 6/23/11

Bankruptcy Case No.: 07 B 11932

Adversary No.:

Title of Case: CENTURY CONTRACTORS, INC

Brief Statement of Motion: MOTION FOR ENTRY OF FINAL DECREE

Names and Addresses of moving counsel: MARTIN WEISENBURGER, 8632 Wheeler Drive, Orland Park, IL 60462

Representing: DEBTOR

## ORDER

IT IS HEREBY ORDERED: MOVANT WITHDRAW ITS MOTION FOR ENTRY OF FINAL DECREE. THE MOTION FOR ENTRY OF FINAL DECREE IS HEREBY WITHDRAWN. THIS MATTER IS SET FOR CASE STATUS ON JULY 27, 2011 AT 10:30 AM.

Jacqueline P. Cox

J. Cox

JUDGE JACQUELINE P. COX
UNITED STATES BANKRUPTCY COURT